IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | **8:05CR416** | |
| vs. | ) | | |
| | ) | **ORDER** | |
| **DALE L. STARRY,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

     This matter is before the court on the government's motion to continue trial (#18) which memorializes the matters discussed during a telephone conference with the court held April 11, 2006. For good cause shown,

     **IT IS ORDERED** that the motion to continue trial (#18) is granted, as follows:

     1.   Trial of this matter is continued from **April 18, 2006** to **May 23, 2006** before Judge Laurie Smith Camp and a jury.

     2.   The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 18, 2006 and May 23, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion, and considering the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

     **DATED April 12, 2006.**

                                                    **BY THE COURT:**

                                                   **s/ F.A. Gossett**
                                                   **United States Magistrate Judge**